```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: NOV 08 2012
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

BRUCE EMMER,

                      Plaintiff,

            -v-

COLUMBIA UNIVERSITY,

                      Defendant.

-----------------------------------------------------------X

No. 12 Civ. 5061 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    As you may be aware, this case has been reassigned to me. The Court is in receipt of Defendant's letter dated November 7, 2012 requesting an extension of time to answer Plaintiff's complaint. It is hereby:

    ORDERED that Defendant's application is granted. Defendant shall answer or otherwise respond to Plaintiff's complaint by December 12, 2012.

SO ORDERED.

Dated:    November 8, 2012
             New York, New York

                                                _____
                                                Ronnie Abrams
                                                United States District Judge