UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                              :
BRUCE EMMER,                                                  :
                                                              :
                          Plaintiff,                          :      Docket No.12 Civ. 5061
                                                              :
           - against -                                        :
                                                              :
COLUMBIA UNIVERSITY,                                          :      **NOTICE OF APPEARANCE**
                                                              :
                          Defendant.                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x


        **PLEASE TAKE NOTICE** that the undersigned counsel hereby appears in this case as counsel of record for Defendant the Trustees of Columbia University in the City of New York, incorrectly named herein as "Columbia University."


Dated: New York, New York        PROSKAUER ROSE LLP
       November 8 , 2012

                               By:  /s/ Susan D. Friedfel
                                  Susan D. Friedfel
                         Eleven Times Square
                         New York, New York 10036
                         Phone: (212) 969-3384
                         Fax: (212) 969-2900
                         sfriedfel@proskauer.com
                         *Attorneys for Defendant*