UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

BRUCE EMMER,

                Plaintiff,

   -against-

COLUMBIA UNIVERSITY,

                Defendant.

------------------------------------- X

**AFFIDAVIT OF SERVICE**

**12- CIV 5061-RA**

STATE OF NEW YORK  )
                         ) ss.:
COUNTY OF NEW YORK )

KENNETH BIGLIANI, being duly sworn, deposes and states:

1.    I am not a party to this action, am over the age of eighteen years and reside in Jersey City, NJ.

2.    On December 12, 2012, I served a true copy of (i) Defendants ANSWER upon the following:

                Bruce Emmer
                831 Montgomery Street
                Brooklyn, NY 11213
                Plaintiff Pro Se

3.    Service was effectuated by first class mail by enclosing a true copy of the aforementioned document in a prepaid properly addressed wrapper to the above referenced party and placing it an official depository under the exclusive care and custody of the United States Postal Service within the City and State of New York.

_____
KENNETH BIGLIANI

Sworn to before me this
12th day of December 2012

_____
Notary Public

JESUS HERNANDEZ
Notary Public, State of New York
No. 01HE4814466
Qualified in Bronx County
Commission Expires February 28, 2015